# Exhibit A

**REAL ESTATE SALES**
**VACATION RENTALS**
**DEVELOPMENT**

June 11, 2010

Dear Owner:

The purpose of this letter is to notify you of a meeting held June 10, 2010, with a Sr. Vice President of British Petroleum (BP) and a member of Gov. Riley's cabinet. Based on the outcome of this meeting, it appears that BP is highly motivated and prepared to immediately start the payment of claims to condominium owners who have lost rents as a result of the oil spill.

We at Brett-Robinson have the capability of submitting these claims on your behalf. The amount of each claim will be based upon the rental history of your unit based on an average of the last three (3) years plus estimated rents for the current rental season. We think we have sufficient accounting to make the claim on your behalf. BP will make payment directly to you less management fees per our rental agreement. We expect to file these claims on a monthly basis. If this is acceptable to you, please sign this letter and return a copy to us immediately. This does not prevent your ability to file a lawsuit or to work directly with a claims adjuster, nor will this prevent you making claims for other damages or losses.

*Bill Brett*
Bill Brett

The undersigned hereby gives Brett-Robinson full authority to present claims and to collect monies from British Petroleum (BP) on my behalf for loss of rents on my condominium unit(s) in accordance with the terms set out in this letter. I understand there is no guarantee that BP will fully and completely compensate me for my losses but Brett-Robinson will use its best efforts in the claims process to recover on my behalf loss of rents. I also hereby release and hold harmless Brett-Robinson from any liability which may be incurred as a result of this claim and collection process.

K302D
CARIBE Unit D-302 / BEN CHENAULT Jr. for CMCO, LLC
Building & Unit(s) Number         Owner Print Name

Date: 6/20/2010         Signature: _____, member

the affects of rental revenue losses are over and more understood.

Items we must have from you to process your claim include:

1. Signed authorization letter giving Brett/Robinson permission to file a claim of lost rental revenues on your behalf.
2. Proof of ownership in the form of a deed or settlement statement.
3. Fax the above to 251-968-3048 or scan and email to bpclaims@brettrobinson.com

Once we have all information above we can proceed with your claim.

**Answers to Frequently Asked Questions:**

- Brett/Robinson will charge $25 per claim per month. We will in turn file this as an expense claim on your behalf.

- Brett/Robinson will file claims for individual units relative to your unit's history of rental revenue. So, your unit may be different than your neighbor's.

- Owners may choose not have to Brett/Robinson file loss claims. You may choose to file independently. Brett/Robinson will forward all rental information directly to you to use in your independent claim with BP.

- For those owners filing directly with BP we will forward your rental information to you at the same time we send all other owners their rental information.

- Authorizing Brett/Robinson to file your claim for lost revenue does not prevent you from filing a lawsuit or working directly with BP on your claim.

- Brett/Robinson will make your claim based on <u>net</u> rental revenue. (Gross rent – management fee – association fee if applicable).

- It is our understanding that BP will forward checks directly to the address we have on file for your monthly statements.

- You can expect a regular check (although at a greatly reduced amount) from Brett/Robinson for previous month's actual rental activity plus a check from BP (some time after) for the difference.

- Brett/Robinson cannot provide information for any owners not renting through our management program.

- The claims information/data will be posted on your password protected portion of the owner's website: www.browners.com (notification will be sent when this is posted on the website – most likely the end of next week for May data).

- Brett/Robinson has set up an owner's claim center. We will set up building specific 800 numbers some time next week. But for now you may call the owner's toll free line at 800-303-4954. Email may be sent to bpclaims@brettrobinson.com

- The claims center will be open beginning Tuesday, May 15 at 8:00 am. Hours of operation will be Monday – Friday 8:00 am – 5:00 pm.

- We have had many questions as to claims of lost real estate value. Right now, our primary concern is for rental cash flow for those owners who rent. At some point in the future, we hope to have better information. We will keep you informed as information develops.