IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA ex rel. BEN CHENAULT, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:10-cv-00331-KD-M ) |
| BP plc; et al., | ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants BP America Inc. and BP Products North America Inc. certify that the following are parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public:

One hundred percent (100%) of BP Products North America Inc.'s stock is indirectly owned by BP America Inc. BP America Inc. is wholly-owned by BP Holdings North America Limited, which is in turn 100% wholly-owned by BP p.l.c., a corporation organized under the laws of England and Wales, the securities of which are publicly-traded. Shares of BP p.l.c. are traded via American

Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.

        s/ *William H. Brooks*
John M. Johnson (JOHNJ7318)
William H. Brooks (BROOW3330)
Marchello D. Gray  (GRAYM6384)
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama  35203
Tel: (205) 581-0700
Fax: (205) 581-0799
JJohnson@lightfootlaw.com
Wbrooks@lightfootlaw.com
MGray@lightfootlaw.com

Attorneys for Defendants
BP America Inc. and BP Products North America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

M. Shane Lucado, Esq.
James M. Keel, Esq.
**LUCADO LAW FIRM**
One Perimeter Park South, Suite 125S
Birmingham, AL 35243

                                               s/ *William H. Brooks*
                                               Of Counsel